IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH,
PENNSYLVANIA, a corporation, and
AMERICAN HOME ASSURANCE
COMPANY, a corporation,

    Plaintiffs,

  v.

ELECTRIC TRANSIT INCORPORATED, an
Ohio corporation and joint venture of SKODA,
a.s., a corporation, SKODA, a.s., SKODA
OSTROV, s.r.o., a corporation, AAI
CORPORATION, a corporation, and CZECH
EXPORT BANK, a corporation,

    Defendants.
                                        /

No. C 04-03435 JSW

**ORDER**

       By Order dated January 4, 2005, this Court set a Case Management Conference for April 15, 2005 at 9:00 a.m. The Order required that all parties appear through lead counsel or counsel sufficiently well versed in the matter to enable counsel to discuss all items referred to in the Order and with authority to enter stipulations, to make admissions, and to agree to further scheduling dates.

       William W. Bunting, III and/or Theodore J. Low, counsel for Defendant Skoda Ostrov, s.r.o., without leave of Court or notice to any of the parties, failed to appear at the case management conference on April 15, 2005, in violation of Civil L. R. 16-10(c). Accordingly, the Court issued an order to show cause why monetary sanctions should not be imposed and

why default judgment should not be granted against Defendant Skoda Ostrov for failure to appear.

Counsel responded by declaration dated April 29, 2005 and explained that his absence at the Case Management Conference was caused by his failure to calendar properly the time of the conference.

Therefore, the Court HEREBY ORDERS that no sanctions will be imposed at this time. However, the Court admonishes counsel not to repeat the error and to follow this Court's orders in the future.

**IT IS SO ORDERED.**

Dated: May 1, 2005

    /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE