SQUIRE, SANDERS & DEMPSEY L.L.P.
David W. Alexander (Admitted *pro hac vice*)
Emily Root (Admitted *pro hac vice*)
41 South High Street, Suite 1300
Columbus, OH 43215-6197
Telephone: +1.614.365.2700
Facsimile: +1.614.365.2499

SQUIRE, SANDERS & DEMPSEY L.L.P.
Joseph A. Meckes (State Bar # 190279)
One Maritime Plaza, Third Floor
San Francisco, CA 94111
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887

Attorneys for Defendant,
CZECH EXPORT BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, a corporation and AMERICAN HOME ASSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRIC TRANSIT INCORPORATED, an Ohio corporation and joint venture of SKODA, a.s., and AAI CORPORATION, a Maryland corporation, SKODA, a.s., SKODA OSTROV, s.r.o., a corporation, AAI CORPORATION, a corporation, and CZECH EXPORT BANK, a corporation,<br><br>Defendants.<br><br>AAI CORPORATION,<br><br>Counterclaim Plaintiff,<br>v.<br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, AMERICAN HOME ASSURANCE COMPANY,<br><br>Counterclaim Defendants. | **Civil Action No. C 04-3435 JSW**<br><br>**E-FILING**<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFFS' CLAIMS AGAINST CEB**<br><br>Date: June 10, 2005<br>Time: 9:00 a.m.<br>Courtroom: Courtroom 2, 17th Floor<br><br>Judge: Hon. Jeffrey S. White |

**PROPOSED ORDER GRANTING MOTION TO DISMISS PLAINTIFFS' TENTH CLAIM**
**CASE NO. 03-01180 (SBA)**

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

1  AAI CORPORATION,
2          Third-Party Plaintiff,
       v.
3
   AMERICAN INTERNATIONAL
4  GROUP, INC.
5
6          Third-Party Defendant.

7    This matter ~~having come on to be heard on June 10, 2005,~~ being unopposed and Plaintiffs having dismissed claims against on Defendant Czech Export
8    Bank's Motion to Dismiss Claims Asserted against CEB and Plaintiffs National Union Fire
9    Insurance Company of Pittsburgh, Pennsylvania and American Home Assurance Company's
10   Consent to the Motion, and the Court having considered the Memoranda of Points and Authorities
11   in support thereof, and all other papers submitted in connection therewith, and the Court having
12   considered the arguments of all parties,
13          GOOD CAUSE APPEARING THEREFOR, pursuant to the Federal Arbitration Act, 9
14   U.S.C. § 1 *et seq.,* and case law interpreting and applying said laws, the Court hereby orders the
15   Plaintiffs' claims against CEB dismissed, without prejudice, to permit arbitration of the claims
16   asserted herein.
17          IT IS HEREBY ORDERED that, the Motion to Dismiss is GRANTED.
18          The hearing set for July 8, 2005 at 9:00 a.m. is HEREBY VACATED.
19   Dated: June 24, 2005                         /s/ Jeffrey S. White
20                                                Hon. Jeffrey S. White
                                                  United States District Judge

2

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

~~PROPOSED~~ ORDER GRANTING MOTION TO DISMISS
PLAINTIFF'S CLAIMS AGAINST CEB
CASE NO. 04-3435 JSW