IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, a corporation, and AMERICAN HOME ASSURANCE COMPANY, a corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>ELECTRIC TRANSIT INCORPORATED, an Ohio corporation and joint venture of SKODA, a.s., a corporation, SKODA, a.s., SKODA OSTROV, s.r.o., a corporation, AAI CORPORATION, a corporation, and CZECH EXPORT BANK, a corporation,<br><br>  Defendants.<br>_____ / | No. C 04-03435 JSW<br><br>**ORDER RE MOTION REQUESTING HEARING ON CLOSED MOTION DATE** |

    Now before the Court is AAI Corporation's ("AAI") motion requesting a hearing on a closed motion hearing date with regard to an, as yet unfiled, motion to dismiss in favor of arbitration from Skoda Ostrov, s.r.o. ("Skoda"). For the purposes of managing its docket, the Court construes the AAI's motion as a motion to change time under Civil Local Rule 6-3. Under Civil Local Rule 6-3(c), Skoda may file an opposition not to exceed five pages, accompanied by a declaration setting forth the basis for the opposition, no later than the third court day after receiving the motion.

However, the Court strongly encourages the parties to meet and confer to resolve the issue.

**IT IS SO ORDERED.**

Dated: June 28, 2005                                    /s/ Jeffrey S. White
                                                                           JEFFREY S. WHITE
                                                                           UNITED STATES DISTRICT JUDGE

2