United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, a corporation, and AMERICAN HOME ASSURANCE COMPANY, a corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>ELECTRIC TRANSIT INCORPORATED, an Ohio corporation and joint venture of SKODA, a.s., a corporation, SKODA, a.s., SKODA OSTROV, s.r.o., a corporation, AAI CORPORATION, a corporation, and CZECH EXPORT BANK, a corporation,<br><br>    Defendants.<br>_____/ | No. C 04-03435 JSW<br><br>**ORDER GRANTING UNOPPOSED MOTION REQUESTING HEARING ON CLOSED MOTION DATE** |

Now before the Court is AAI Corporation's ("AAI") motion requesting a hearing on a closed motion hearing date with regard to an, as yet unfiled, motion to dismiss in favor of arbitration from Skoda Ostrov, s.r.o. ("Skoda"). For the purposes of managing its docket, the Court has construed AAI's motion as a motion to change time under Civil Local Rule 6-3. Skoda may file a statement on non-opposition on July 1, 2005.

Although the Court admonished counsel to resolve the matter without court interference, it appears necessary to set a date by which Skoda must serve a motion to dismiss in favor of arbitration. Therefore, Skoda shall file such a motion – which will apparently be unopposed if

1  filed – by no later than July 22, 2005 and set the motion for hearing on August 26, 2005 at 9:00
2  a.m.

4  **IT IS SO ORDERED.**

6  Dated: July 5, 2005                              /s/ Jeffrey S. White
7                                                    JEFFREY S. WHITE
                                                     UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California