IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PENNSYLVANIA, a corporation, and AMERICAN HOME ASSURANCE COMPANY, a corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>ELECTRIC TRANSIT INCORPORATED, an Ohio corporation and joint venture of SKODA, a.s., a corporation, SKODA OSTROV, s.r.o., a corporation, AAI CORPORATION, a corporation, and CZECH EXPORT BANK, a corporation,<br><br>    Defendants.<br>_____/ | No. C 04-03435 JSW<br><br>**ORDER REQUIRING JOINT STATUS REPORT** |

On July 5, 2005, this Court granted an unopposed request to set a hearing on a closed hearing date as to a then unfiled motion to dismiss in favor of arbitration in favor of Skoda Ostrov, s.r.o. Skoda was ordered to file a motion by no later than July 22, 2005, and to set the motion for hearing on August 26, 2005. No such motion was filed an no further activity has occurred in this case.

Accordingly, the parties are HEREBY ORDERED to file a Joint Status Report on the status of this litigation by January 13, 2006. If the matter has been resolved, the parties should

1  file the appropriate dismissals by that time as well.

2  **IT IS SO ORDERED.**

4  Dated: January 5, 2006

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE