David C. Veis, State Bar No. 83135
Robert C. Haase, Jr., State Bar No. 27308
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3700
Los Angeles, California 90067-3211
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

Attorneys for Plaintiffs, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA and AMERICAN HOME ASSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, a corporation and AMERICAN HOME ASSURANCE COMPANY, a corporation<br><br>Plaintiffs,<br><br>vs.<br><br>ELECTRIC TRANSIT INCORPORATED, an Ohio corporation and joint venture of SKODA, a.s., and AAI CORPORATION, a Maryland corporation, SKODA, a.s., SKODA OSTROV, s.r.o., a corporation, AAI CORPORATION, a corporation, and CZECH EXPORT BANK, a corporation,<br><br>Defendants. | Civil Action No. C 04 3435 JSW<br><br>**JOINT STATUS REPORT AND PROPOSED ORDER**<br><br>**Complaint Filed:** August 19, 2004<br>**Courtroom:** Hon. Jeffrey S. White |
| AAI CORPORATION,<br><br>Counterclaim Plaintiff,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, AMERICAN HOME ASSURANCE COMPANY,<br><br>Counterclaim Defendants. | |

| | |
|---|---|
| 1 | AAI CORPORATION, )<br>) |
| 2 | Third-Party Plaintiff, )<br>) |
| 3 | vs. )<br>) |
| 4 | AMERICAN INTERNATIONAL GROUP, )<br>INC. ) |
| 5 | ) |
| 6 | Third-Party Defendant. )<br>) |

Pursuant to the order of the Court, the parties submit this Joint Status Report concerning the above-captioned litigation.

1. <u>Motions to Dismiss in Favor of Arbitration</u>

Skoda Ostrov s.r.o. will not be interposing an arbitration defense in this lawsuit. Notice of this fact was delivered to all parties making the unfiled motion moot.

2. <u>Brief Description of Discovery Conducted to Date.</u>

The parties have engaged in extensive document production, including the production of hundreds of thousands of pages of both hard copy and electronic documents.

Given the document intensive nature of the case and in the interest of efficiency, the parties agreed not to pursue deposition discovery until the exchange and review of documents was substantially complete.

While there have been several disputes between the parties concerning document production issues, the parties to date have made their best efforts to avoid having to file discovery motions. All parties reserve the right to file discovery motions if their continued good faith efforts to resolve the disputes without the Court's involvement are not successful.

LA1 60118193.1

3. <u>Joint Request to Modify the Provision of the Case Management Conference Order.</u>

Because of the unanticipated length of time that it took to complete the exchange of archived electronic evidence and the anticipated time necessary to properly review that evidence, the parties respectfully request that the Court modify the Case Management Conference Order to include the following dates:

(a) Last date to complete ADR: September 29, 2006.

(b) Close of fact discovery: September 29, 2006.

(c) Last day to file dispositive motions: November 15, 2006.

(d) Pre-trial conference: January 29, 2007, at 2:00 p.m.

(e) Jury trial: March 12, 2007, at 8:30 a.m.

The foregoing requested changes to the Case Management Conference Order were selected to attempt to track the time periods and dates established by the Court in the original order with a three month continuance.

DATED: January 13, 2006

Respectfully submitted,

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: _____
David C. Veis

David C. Veis
Robert C. Haase, Jr.
2049 Century Park East, Suite 3700
Los Angeles, CA 90067-3211
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
*Counsel for Plaintiffs and Counterclaim-Defendants National Union Fire Insurance Company of Pittsburgh, Pennsylvania and American Home Assurance Company and Third-Party Defendant American International Group, Inc.*



APPROVED
Jeffrey S. White
Judge Jeffrey S. White

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: January 13, 2006 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |

By: /s/
    Mark P. Ressler

Mark P. Ressler (Admitted *pro hac vice*)
Ronald R. Rossi (Admitted *pro hac vice*)
Adina G. Storch (Admitted *pro hac vice*)
1633 Broadway
New York, New York 10019-6799
Telephone: (212) 506-1947
Facsimile: (212) 506-1800

Robert A. Rich
One Market Street
Spear Tower, Suite 3600
San Francisco, CA 94105
Telephone: (415) 293-8241
Facsimile: (415) 293-8001

*Attorneys for Defendant, Counterclaim-Plaintiff and Third-Party Plaintiff AAI Corporation*

DATED: January 13, 2006     **BUNTING, DRAYTON & ALWARD LLP**

By: /s/
    William W. Bunting

582 Market Street, Suite 812
San Francisco, CA 94104-5309
Telephone: (415) 617-0244
Facsimile: (415) 617-0248
Attorneys for Defendant

*Counsel for Defendant Skoda Ostrov*

DATED: January 13, 2006     **WILLIAMS MONTGOMERY & JOHN, LTD.**

By: /s/
    Theodore J. Low

20 North Wacker Drive, Suite 2100
Chicago, IL 60606
Telephone: (312) 855-4855
Facsimile: (312) 630-8500
Attorneys for Defendant
*Counsel for Defendant Skoda Ostrov*

LA1 60118193.1

|     |                                  |                                                                                   |
| --- | -------------------------------- | --------------------------------------------------------------------------------- |
| 1   |                                  | Telephone: (312) 855-4855                                                         |
| 2   |                                  | Facsimile: (312) 630-8500<br>Attorneys for Defendant                              |
| 3   |                                  | *Counsel for Defendant Skoda Ostrov*                                              |
| 4   | DATED: January 13, 2006          | **BRADLEY & GMELICH**                                                             |
| 5   |                                  |                                                                                   |
| 6   |                                  | By: _[signature]_                                                                 |
| 7   |                                  | Jonathan A. Ross<br>Frederick B. Hayes                                            |
| 8   |                                  | 535 North Brand, 9th Floor                                                        |
| 9   |                                  | Glendale, CA 91203<br>Telephone: (818) 243-5200<br>Facsimile: (818) 243-5266      |
| 10  |                                  | Attorneys for Defendant                                                           |
| 11  |                                  | *Counsel for Defendant Electric Transit Incorporated*                             |

### MODIFICATIONS TO CASE MANAGEMENT ORDER

The Joint Status Report requesting a modification to the Case Management Order is granted. The court orders the following:

_____
_____
_____
_____

Dated: _____      _____
                                   Jeffrey S. White
                                   Judge of the United States District Court