United States District Court

For the Northern District of California

1

2

3

4

5

6           IN THE UNITED STATES DISTRICT COURT

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    NATIONAL UNION FIRE INSURANCE
     COMPANY OF PITTSBURGH,
10   PENNSYLVANIA, a corporation, and          No. C 04-03435 JSW
     AMERICAN HOME ASSURANCE
11   COMPANY, a corporation,

12              Plaintiffs,                     **ORDER REFERRING DISCOVERY
                                               TO MAGISTRATE JUDGE**
13     v.

14   ELECTRIC TRANSIT INCORPORATED, an
     Ohio corporation and joint venture of SKODA,
15   a.s., a corporation, SKODA, a.s., SKODA
     OSTROV, s.r.o., a corporation, AAI
16   CORPORATION, a corporation, and CZECH
     EXPORT BANK, a corporation,
17
                Defendants.
18   _____/

19

20          Pursuant to Local Rule 72-1, the motion for discovery filed on March 3, 2006 and all

21   other discovery disputes in this matter are HEREBY REFERRED to a randomly assigned

     magistrate judge for resolution.  The parties will be advised of the date, time and place of
22
     appearance by notice from the assigned magistrate judge.
23
            **IT IS SO ORDERED.**
24

25
     Dated:  March 6, 2006                     _____
26                                             JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE
27

28   cc: Wings Hom