1   KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
    Robert A. Rich, State Bar No. 141883
2   One Market
    Spear Tower – Suite 3600
3   San Francisco, California  94105
    Telephone:     (415) 293-8241
4   Facsimile:     (415) 293-8001
    Email:        rrich@kasowitz.com
5
    Attorneys for Defendant and Counterclaim/
6   Third-Party Plaintiff AAI Corporation

7                       UNITED STATES DISTRICT COURT

8                     NORTHERN DISTRICT OF CALIFORNIA

9   NATIONAL UNION FIRE INSURANCE              )
    COMPANY OF PITTSBURGH, PENNSYLVANIA        )   Case No.  C 04-3435 (JSW) MEJ
10  and AMERICAN HOME ASSURANCE COMPANY,       )
                                               )
11                                             )   **FILED VIA "ECF" FILING**
                     Plaintiffs,               )        **SYSTEM**
12        v.                                    )
                                               )
13  ELECTRIC TRANSIT INCORPORATED,             )
    SKODA, a.s., SKODA OSTROV, s.r.o.,         )
14  AAI CORPORATION and CZECH EXPORT BANK,     )
                                               )   **STIPULATION**
15                                             )   **MOVING HEARING DATE**
                     Defendants.               )   **FOR AAI'S MOTION FOR**
16                                             )   **SANCTIONS TO**
                                               )   ~~**JUNE 15, 2006**~~
17  _____)
    AAI CORPORATION,                           )   **JULY 6, 2006, AT**
18                                             )   **10:00 A.M.**
                     Counterclaim Plaintiff,   )
19        v.                                    )
                                               )
20  NATIONAL UNION FIRE INSURANCE              )
    COMPANY OF PITTSBURGH, PENNSYLVANIA,       )
21  AMERICAN HOME ASSURANCE COMPANY,           )
                                               )
22                   Counterclaim Defendants.  )
    _____)
23  AAI CORPORATION,                           )
                                               )
24                   Third-Party Plaintiff,    )
          v.                                    )
25                                             )
    AMERICAN INTERNATIONAL GROUP, INC.,        )
26                                             )
                     Third-Party Defendant.    )
27  _____)

28

          STIPULATION MOVING THE HEARING DATE FOR AAI CORP.'S MOTION FOR SANCTIONS
               AGAINST AIG CORP., CASE NO. C-04-3435 (JSW) MEJ

## STIPULATION MOVING THE HEARING DATE FOR
## AAI CORPORATION'S MOTION FOR SANCTIONS AGAINST AIG CORPORATION

**IT IS HEREBY STIPULATED AND AGREED,** by and between the

undersigned counsel of record for plaintiffs and counterclaim defendants National Union Fire

Insurance Company of Pittsburgh, Pennsylvania ("National Union") and American Home

Assurance Company ("American Home"), third-party defendant American International Group,

Inc., ("AIG, Inc.") (National Union, American Home, and AIG, Inc. are hereafter collectively

referred to as "AIG"), and defendant and counterclaim/third-party plaintiff AAI Corporation

("AAI"), that the hearing date for AAI's pending motion for sanctions against AIG will be

moved from June 8, 2006 to June 15, 2006.

Dated: June 2, 2006


/s/ Mark P. Ressler                         /s/ David C. Veis
Mark P. Ressler                            David C. Veis
Kasowitz, Benson, Torres & Friedman LLP    Robert, Kaplan, Miller & Ciresi LLP
1633 Broadway                              2049 Century Park East, Suite 3700
New York, New York 10019                   Los Angeles, California 90067
Telephone: (212) 506-1752                  Telephone: (310) 552-0130
Counsel for AAI Corporation                Counsel for National Union Fire Insurance
                                           Company, American Home Assurance
                                           Company, and American International Group,
                                           Inc.


**The Court will hear the above entitled matter on July 6, 2006, at 10:00 a.m.**


**IT IS SO ORDERED.**



Judge Maria-Elena James

**REMINDER:  THROW THIS PAGE AWAY IF PRINTED!**

On the **RED** line below, type in the abbreviated title of document.  This title will be referenced in all the footers throughout the pleading:

STIPULATION MOVING THE HEARING DATE FOR AAI CORP.'S MOTION FOR SANCTIONS AGAINST AIG CORP., CASE NO. C-04-3435 (JSW) MEJ

**DO NOT DELETE THIS PAGE** or your abbreviated pleading title will disappear throughout your document.