**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH,
PENNSYLVANIA and AMERICAN HOME
ASSURANCE COMPANY,

      Plaintiffs,

v.

ELECTRIC TRANSIT INCORPORATED
SKODA, a.s. SKODA OSTROV, s.r.o., AAI
CORPORATION and CZECH EXPORT BANK,

      Defendants.
_____/

AAI CORPORATION,

      Counterclaim Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH,
PENNSYLVANIA and AMERICAN HOME
ASSURANCE COMPANY,

      Counterclaim Defendants.
_____/

AAI CORPORATION,

      Third-Party Plaintiff,

v.

AMERICAN INTERNATIONAL GROUP,
INC.,

      Third-Party Defendant.
_____/

No. C 04-3435 JSW (MEJ)

**ORDER DENYING WITHOUT PREJUDICE PARTIES' JUNE 8, 2006, AND JUNE 20, 2006, JOINT DISCOVERY DISPUTE LETTERS**

1  The Court is in receipt of parties' joint discovery dispute letters dated June 8, 2007, and June
2  20, 2006. The Court hereby denies all requests without prejudice. The parties are directed to
3  meaningfully "meet and confer" in Chambers on July 6, 2006, after the motion for sanctions is heard.
4  The parties are to bring a labtop, as there will be no access to computers in Chambers. The parties
5  are further directed to discuss and resolve all discovery disputes addressed in the letters. Judge
6  Maria-Elena James will not be available to the parties during this time. Any unresolved matters shall
7  be resubmitted in accordance with Judge James' Standing Orders. Each letter shall only contain one
8  (1) discovery dispute.

10  **IT IS SO ORDERED.**

12  Dated: June 27, 2006

MARIA-ELENA JAMES
United States Magistrate Judge