IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, a corporation, and AMERICAN HOME ASSURANCE COMPANY, a corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>ELECTRIC TRANSIT INCORPORATED, an Ohio corporation and joint venture of SKODA, a.s., a corporation, SKODA, a.s., SKODA OSTROV, s.r.o., a corporation, AAI CORPORATION, a corporation, and CZECH EXPORT BANK, a corporation,<br><br>  Defendants.<br>_____/ | No. C 04-03435 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE AND SETTING DATES** |

This matter is currently set for a hearing on February 9, 2007 at 9:00 a.m. on Plaintiffs' motion for summary judgment. The Court HEREBY ORDERS that Defendants' opposition brief shall be due no later than December 8, 2006 and Plaintiff's reply brief shall be due no later than December 22, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

1  In addition, due to the scheduling of the hearing on this motion, the pretrial date of
2  January 29, 2007 at 2:00 p.m. and trial date commencing on March 12, 2007 at 8:30 a.m. are
3  HEREBY VACATED.  The pretrial conference shall be held on May 21, 2007 at 2:00 p.m. and
4  the trial shall commence on June 18, 2007 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: November 21, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE