| | |
|---|---|
| 1 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| 2 | Robert A. Rich, State Bar No. 141883<br>One Market |
| 3 | Spear Tower – Suite 3600<br>San Francisco, California 94105 |
| 4 | Telephone: (415) 293-8241<br>Facsimile: (415) 293-8001 |
| 5 | Email: rrich@kasowitz.com |
| 6 | Attorneys for Defendant and Counterclaim/<br>Third-Party Plaintiff AAI Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA and AMERICAN HOME ASSURANCE COMPANY, | ) ) ) ) | Case No. C 04-3435 (JSW) |
| Plaintiffs, | ) ) | **FILED VIA "ECF" FILING SYSTEM** |
| v. | ) | |
| ELECTRIC TRANSIT INCORPORATED, SKODA, a.s., SKODA OSTROV, s.r.o., AAI CORPORATION and CZECH EXPORT BANK, | ) ) ) ) | |
| Defendants. | ) ) ) ) | **STIPULATION TO EXTEND SUMMARY JUDGMENT BRIEFING SCHEDULE AND [PROPOSED] ORDER** |
| AAI CORPORATION, | ) ) | |
| Counterclaim Plaintiff, | ) ) | |
| v. | ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, AMERICAN HOME ASSURANCE COMPANY, | ) ) ) ) | Hearing date: February 9, 2007<br>Time: 9:00 AM<br>Courtroom: 2<br>Hon. Jeffrey S. White |
| Counterclaim Defendants. | ) | |
| AAI CORPORATION, | ) | |
| Third-Party Plaintiff, | ) ) | |
| v. | ) | |
| AMERICAN INTERNATIONAL GROUP, INC., | ) ) | |
| Third-Party Defendant. | ) ) | |

Stipulation to Extend the Summary Judgment Briefing Schedule and [Proposed] Order, Case No. C-04-3435 (JSW)

17127180

LA1 60137327.1

WHEREAS, the Court's November 21, 2006 Order Setting the Briefing Schedule and Setting Dates (the "Order") set December 8, 2006 and December 22, 2006 as the respective dates for filing opposition and reply briefs in connection with AIG's Motion for Summary Judgment;

WHEREAS, the Order further states that the parties may modify the schedule by "submit[ting] for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested";

WHEREAS, Defendant, Counterclaimant and Third-Party Plaintiff, AAI Corporation, requests a modification of the schedule as the parties are currently preparing for mediation of this case pursuant to the Court's Alternative Dispute Resolution Program. This mediation will occur before the Honorable Eli Chernow (Ret., L.A. Super. Ct.) on December 4 and 5, 2006;

WHEREAS, Plaintiffs and Counterclaim defendants National Union Fire Insurance Company of Pittsburgh, Pennsylvania and American Home Assurance Company, and Third-Party Defendant, American International Group, Inc. (collectively "AIG") consent to the requested modification subject to the Court's scheduling needs and approval;

WHEREAS, the mediation, if successful, will be case dispositive, saving the Court valuable resources and thereby evidencing good cause for extending the date and time for summary judgment briefing;

WHEREAS, the parties are not seeking herein to change the February 9, 2007 scheduled hearing date for oral argument on the summary judgment motion or any other dates ordered by the Court; and

WHEREAS, no other modification to the summary judgment briefing schedule has previously been sought by the parties;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, subject to the Court's approval, that:

1. AAI's time to file its opposition to AIG's Motion for Summary Judgment shall be extended to December 29, 2006.

2. AIG's time to file its reply in support of its Motion For Summary Judgment shall be extended to January 12, 2007.

Dated: November 29, 2006

Mark P. Ressler
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1752
Counsel for AAI Corporation

David C. Veis
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, California 90067
Telephone: (310) 552-0130
Counsel for National Union Fire Insurance Company, American Home Assurance Company, and American International Group, Inc.

**SCHEDULING ORDER**

The Joint Stipulation to Extend Summary Judgment Briefing Schedule and [Proposed] Order is hereby adopted by the Court and the parties are ordered to comply with this Order.

In addition, the Court orders the following: _____

_____

_____

Date: November 30, 2006

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND THE SUMMARY JUDGMENT BRIEFING SCHEDULE AND [PROPOSED] ORDER, CASE NO. C-04-3435 (JSW)
3

LA1 60137327.1