IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, a corporation, and AMERICAN HOME ASSURANCE COMPANY, a corporation,<br><br>         Plaintiffs,<br><br>     v.<br><br>ELECTRIC TRANSIT INCORPORATED, an Ohio corporation and joint venture of SKODA, a.s., a corporation, SKODA, a.s., SKODA OSTROV, s.r.o., a corporation, AAI CORPORATION, a corporation, and CZECH EXPORT BANK, a corporation,<br><br>         Defendants.<br>_____/ | No. C 04-03435 JSW<br><br>**ORDER VACATING HEARING** |

The motion to strike filed by Defendant, Counterclaim Plaintiff and Third-Party Plaintiff AAI Corporation is currently set for hearing on Friday, May 18, 2007 at 9:00 a.m. This matter is now fully briefed and ripe for consideration. The Court finds that this matter is appropriate for disposition without oral argument and the matter is deemed submitted. *See* Civ. L.R. 7-19(b). Accordingly, the hearing set for May 18, 2007 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: May 16, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE