**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, a corporation, and AMERICAN HOME ASSURANCE COMPANY, a corporation,<br><br>       Plaintiffs,<br><br>  v.<br><br>ELECTRIC TRANSIT INCORPORATED, an Ohio corporation and joint venture of SKODA, a.s., a corporation, SKODA, a.s., SKODA OSTROV, s.r.o., a corporation, AAI CORPORATION, a corporation, and CZECH EXPORT BANK, a corporation,<br><br>       Defendants.<br>_____/ | No. C 04-03435 JSW<br><br>**ORDER DENYING MOTION TO SHORTEN TIME FOR CONSIDERATION OF MOTION TO STRIKE AND RESETTING DATES** |

Now before the Court is the motion filed by Defendant, Counterclaim Plaintiff and Third-Party Plaintiff AAI Corporation ("AAI") to shorten time for consideration of its motion to strike certain of the claims and defenses of Plaintiffs and Counterclaim Defendants National Union Fire Insurance Company of Pittsburgh, Pennsylvania and American Home Assurance Company, and Third-Party Defendant, American International Group, Inc. (collectively "AIG"). Having carefully considered the motion, the Court hereby DENIES AAI's motion to shorten time. The schedule agreed upon by the parties is unworkable for the Court as it only allows the Court a single evening to review the papers and hold a hearing. Therefore, the motion for an order to shorten time is DENIED. However, because the deadline for the pretrial filings is fast-

approaching and in the interest of preserving judicial resources, the Court HEREBY RESETS the pretrial conference and trial dates. The pretrial conference, previously set for May 21, 2007 at 2:00 p.m., is reset to July 30, 2007 at 2:00 p.m. The trial, previously set to commence on June 18, 2007 at 8:30 a.m., is reset to commence on August 20, 2007 at 8:30 a.m.

In addition, the Court HEREBY SETS the hearing on AAI's motion to strike certain of AIG's claims and defenses on May 18, 2007 at 9:00 a.m. and HEREBY ORDERS that AIG's opposition to the motion shall be due on April 27, 2007 and AAI's reply brief shall be due on May 4, 2007. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date. If the parties wish to modify this briefing schedule, they must submit a request that demonstrates good cause for doing so.

**IT IS SO ORDERED.**

Dated: April 11, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2