IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, a corporation, and AMERICAN HOME ASSURANCE COMPANY, a corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>ELECTRIC TRANSIT INCORPORATED, an Ohio corporation and joint venture of SKODA, a.s., a corporation, SKODA, a.s., SKODA OSTROV, s.r.o., a corporation, AAI CORPORATION, a corporation, and CZECH EXPORT BANK, a corporation,<br><br>    Defendants. | No. C 04-03435 JSW<br><br>**ORDER DENYING MOTIONS TO SHORTEN TIME FOR CONSIDERATION OF MOTION TO AMEND ANSWER AND MOTION TO ALLOW AMENDMENT OF EXPERT'S REPORT AND RESETTING DATES** |

    Now before the Court is the motion filed by Plaintiffs and Counterclaim Defendants National Union Fire Insurance Company of Pittsburgh, Pennsylvania and American Home Assurance Company, and Third-Party Defendant, American International Group, Inc. (collectively "Sureties") to shorten time for consideration of the Sureties' motion to amend their answer in response to counterclaim and third-party complaint and the Sureties' motion to allow amendment of their expert's report.

    Having carefully considered the motion, the Court hereby DENIES the Sureties' motions to shorten time.

However, because the deadline for the pretrial filings is fast-approaching and in the interest of preserving judicial resources, the Court HEREBY RESETS the pretrial conference and trial dates. The pretrial conference, previously set for July 30, 2007 at 2:00 p.m., is reset to October 1, 2007 at 2:00 p.m. The trial, previously set to commence on August 20, 2007 at 8:30 a.m., is reset to commence on October 22, 2007 at 8:30 a.m.

In addition, the Court HEREBY SETS the hearing on the Sureties' motion to amend their answer in response to counterclaim and third-party complaint and the Sureties' motion to allow amendment of their expert's report shall be heard on August 10, 2007 at 9:00 a.m. The oppositions to the motion to amend the answer and the motion to amend the expert's report shall be due no later than July 13, 2007. The replies, if any, shall be due no later than July 20, 2007. If the Court finds the matters suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date. If the parties wish to modify this briefing schedule, they must submit a request that demonstrates good cause for doing so.

Thereafter, there shall be no further dispositive motion filings prior to pretrial filings. The parties both have urgently moved the Court to adjudicate outstanding legal issues just prior to commencement of the period set far in advance for pretrial preparation. The Court shall adjudicate the two motions now pending, but, after their disposition, shall address any possible further outstanding issues at the pretrial conference now set for October 1, 2007.

**IT IS SO ORDERED.**

Dated: June 20, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2