**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, a corporation, and AMERICAN HOME ASSURANCE COMPANY, a corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>ELECTRIC TRANSIT INCORPORATED, an Ohio corporation and joint venture of SKODA, a.s., a corporation, SKODA, a.s., SKODA OSTROV, s.r.o., a corporation, AAI CORPORATION, a corporation, and CZECH EXPORT BANK, a corporation,<br><br>    Defendants.<br>_____/ | No. C 04-03435 JSW<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

      Now before the Court is the motion for leave to file a motion for reconsideration filed by Plaintiffs and Counterclaim Defendants National Union Fire Insurance Company of Pittsburgh, Pennsylvania and American Home Assurance Company, and Third-Party Defendant, American International Group, Inc. (collectively "AIG"). Having carefully considered the motion and the relevant legal authority, the Court hereby GRANTS AIG's motion for leave to file a motion for reconsideration.

      The motion for reconsideration, not to exceed 15 pages, shall be filed no later than August 3, 2007. The opposition the motion for reconsideration, not to exceed 15 pages, shall be

filed no later than August 10, 2007. The reply, not to exceed 10 pages, shall be filed no later than August 17, 2007. The hearing on AIG's motion for reconsideration, as well as AIG's pending motions to amend their answer and to allow amendment of expert's report ("pending motions"), shall be set for Friday, September 14, 2007 at 9:00 a.m. The hearing set for August 10, 2007 on the pending motions is HEREBY VACATED. The parties' further briefing should address the effect of any ruling upon reconsideration on the pending motions.

A further case management conference shall follow the hearing on all three motions to determine an expedited schedule to bring this case to resolution. The pretrial and trial dates of October 1, 2007 and October 22, 2007 are HEREBY VACATED and shall be RESET at the case management conference.

**IT IS SO ORDERED.**

Dated: August 1, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE