| | |
|---|---|
| 1 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| 2 | Mark P. Ressler<br>Ronald R. Rossi |
| 3 | Adina G. Storch<br>1633 Broadway |
| 4 | New York, New York 10019<br>Telephone: (212) 506-1700 |
| 5 | Facsimile: (212) 506-1800 |
| 6 | Attorneys for Defendant and Counterclaim/<br>Third-Party Plaintiff AAI Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA and AMERICAN HOME ASSURANCE COMPANY, | ) ) ) Case No. C 04-3435 (JSW) ) |
| Plaintiffs, | ) **FILED VIA "ECF" FILING** ) **SYSTEM** |
| v. | ) ) |
| ELECTRIC TRANSIT INCORPORATED, SKODA, a.s., SKODA OSTROV, s.r.o., AAI CORPORATION and CZECH EXPORT BANK, | ) ) ) ) **STIPULATION TO** |
| Defendants. | ) **CONTINUE THE** ) **SEPTEMBER 14, 2007** ) **HEARING DATE AND** ) **[PROPOSED] ORDER** |
| AAI CORPORATION, | ) ) |
| Counterclaim Plaintiff, | ) ) |
| v. | ) ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, AMERICAN HOME ASSURANCE COMPANY, | ) ) Hearing date: November 2, 2007 ) Time: 9:00 AM ) Courtroom: 2 ) Hon. Jeffrey S. White |
| Counterclaim Defendants. | ) |
| AAI CORPORATION, | ) |
| Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| AMERICAN INTERNATIONAL GROUP, INC., | ) ) |
| Third-Party Defendant. | ) ) |

Stipulation to Continue the September 14, 2007 Hearing Date and [Proposed] Order, Case No. C-04-3435 (JSW)

WHEREAS, the Court's August 1, 2007 Order Granting Motion for Leave to File Motion for Reconsideration (the "Order") set September 14, 2007 as the date for the hearing on AIG's Motion for Reconsideration, AIG's Motion for Leave to File Amended Answer, and AIG's Motion to Allow Amendment of Expert's Report (the "Hearing Date");

WHEREAS, the Order further states that a "further case management conference shall follow the hearing on all three motions to determine an expedited schedule to bring this case to resolution";

WHEREAS, Defendant, Counterclaimant and Third-Party Plaintiff, AAI Corporation, requests a continuance of the Hearing Date as September 14, 2007 falls during the Jewish holiday of Rosh Hashanah, a holiday observed by counsel for the respective parties, and thereby evidencing good cause for continuing the date and time for the September 14, 2007 hearing and case management conference;

WHEREAS, Plaintiffs and Counterclaim defendants National Union Fire Insurance Company of Pittsburgh, Pennsylvania and American Home Assurance Company, and Third-Party Defendant, American International Group, Inc. (collectively "AIG") consent to the requested continuance;

WHEREAS, the requested continuance will have no effect on any pretrial or trial dates as any such dates were vacated in the Court's Order and have not been reset;

WHEREAS, the parties are not seeking herein to change the Motion for Reconsideration briefing schedule set by the Court in its Order or any other dates ordered by the Court;

WHEREAS, no other modification to the Motion for Reconsideration schedule has previously been sought by the parties; and

WHEREAS, November 2, 2007 is the first available hearing date after September 14, 2007 as September 21, 2007, October 12, 2007, October 19, 2007 and October 26, 2007 are

STIPULATION TO CONTINUE THE SEPTEMBER 14, 2007 HEARING DATE AND [PROPOSED] ORDER, CASE NO. C-04-3435 (JSW)

2

only open to those cases ending in specified terminal digits, of which this case is not included, and the Court has indicated that it will not be available September 24 through and including October 8, 2007.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties that:

1. The hearing on AIG's Motion for Reconsideration, AIG's Motion for Leave to File Amended Answer, and AIG's Motion to Allow Amendment of Expert's Report and the case management conference shall be continued to November 2, 2007. Alternatively, and in light of the Court's stated desire to set an "expedited schedule" to bring this case to resolution, the parties are available on any date the Court might be available in October, should the Court prefer to hear the pending motions and conduct the case management conference prior to its next available hearing date (now listed as November 2, 2007).

Dated: August 21, 2007

| /s/ Mark P. Ressler | /s/ David C. Veis |
|---|---|
| Mark P. Ressler | David C. Veis |
| Kasowitz, Benson, Torres & Friedman LLP | Robins, Kaplan, Miller & Ciresi LLP |
| 1633 Broadway | 2049 Century Park East, Suite 3400 |
| New York, New York 10019 | Los Angeles, California 90067 |
| Telephone: (212) 506-1752 | Telephone: (310) 552-0130 |
| Counsel for AAI Corporation | Counsel for National Union Fire Insurance Company, American Home Assurance Company, and American International Group, Inc. |

STIPULATION TO CONTINUE THE SEPTEMBER 14, 2007 HEARING DATE AND [PROPOSED] ORDER, CASE NO. C-04-3435 (JSW)

3

|    |    |
|---|---|
| 1  |    |
| 2  | **SCHEDULING ORDER** |
| 3  | The Joint Stipulation to Continue the September 14, 2007 Hearing Date and [Proposed] |
| 4  | Order is hereby adopted by the Court and the parties are ordered to comply with this Order. |
| 5  | In addition, the Court orders the following: __The hearing date is CONTINUED to__ |
| 6  | __November 16, 2007 at 9:00 a.m.__ |

Date: August 22, 2007

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE THE SEPTEMBER 14, 2007 HEARING DATE AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER,
CASE NO. C-04-3435 (JSW)
4