**United States District Court**
For the Northern District of California

1

2

3

4

5            IN THE UNITED STATES DISTRICT COURT

6

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8 NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH,
9 PENNSYLVANIA, a corporation, and       No. C 04-03435 JSW
AMERICAN HOME ASSURANCE
10 COMPANY, a corporation,

11        Plaintiffs,           **ORDER OF REFERRAL TO**
**MAGISTRATE JUDGE**
12    v.                               **ZIMMERMAN FOR**
**SETTLEMENT CONFERENCE**
13 ELECTRIC TRANSIT INCORPORATED, an
Ohio corporation and joint venture of SKODA,
14 a.s., a corporation, SKODA, a.s., SKODA
OSTROV, s.r.o., a corporation, AAI
15 CORPORATION, a corporation, and CZECH
EXPORT BANK, a corporation,
16
        Defendants.
17 _____/

18
      Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2, this matter is referred to
19
Magistrate Judge Zimmerman to conduct a settlement conference on April 15, 2008 at 9:00 a.m.
20

21     **IT IS SO ORDERED.**
22

23
Dated: April 8, 2008                              
24                                JEFFREY S. WHITE
                               UNITED STATES DISTRICT JUDGE
25

26 cc: Wings Hom

27

28