# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, a corporation and AMERICAN HOME ASSURANCE COMPANY, a corporation<br><br>*Plaintiffs,*<br><br>v.<br><br>ELECTRIC TRANSIT INCORPORATED, an Ohio corporation and joint venture of SKODA, a.s., and AAI CORPORATION, a Maryland corporation, SKODA, a.s., SKODA OSTROV, s.r.o., a corporation, AAI CORPORATION, a corporation, and CZECH EXPORT BANK, a corporation,<br><br>*Defendants.*<br><br>AND RELATED CLAIMS | Civil Action No. C 04 3435 JSW<br><br>[PROPOSED] ORDER OF DISMISSAL |

Before the Court is an Unopposed Motion to Dismiss Claims. The Court finds the Motion is well taken.

Therefore, it is ORDERED that all of Plaintiffs National Union Fire Insurance Company of Pittsburgh, Pennsylvania and American Home Assurance Company (collectively, "Plaintiffs") claims, demands, and causes of action asserted against AAI Corporation ("AAI") are dismissed with prejudice.

It is further ORDERED that all of AAI's claims, demands, and causes of action asserted against Plaintiffs and American International Group, Inc. ("AIG") are dismissed with prejudice.

It is further ORDERED that all of Plaintiffs' claims, demands, and causes of action asserted against Skoda, a.s. and Skoda Ostrov, s.r.o. are dismissed without prejudice.

It is further ORDERED that, as between Plaintiffs, AAI, and AIG, they shall each bear their own costs.

[PROPOSED] ORDER OF DISMISSAL
DALLAS 1944069v2

Page 1

**IT IS SO ORDERED.**

SIGNED this __30th__ day of __June__, 2008.

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**Agreed as to form and substance:**

GARDERE WYNNE SEWELL LLP

BY:  /s/ Scott L. Davis
     Scott L. Davis
     *Pro Hac Vice*
     Texas Bar No. 05547030
**Attorneys for NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, AMERICAN HOME ASSURANCE COMPANY, and AMERICAN INTERNATIONAL GROUP, INC.**

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

BY:  /s/ Mark P. Ressler
     Mark P. Ressler
     Ronald R. Rossi
**Attorneys for AAI CORPORATION**