UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, a corporation, and AMERICAN HOME ASSURANCE COMPANY, a corporation,<br><br>    *Plaintiffs*,<br><br>v.<br><br>ELECTRIC TRANSIT INCORPORATED, an Ohio corporation and joint venture of SKODA, a.s., and AAI CORPORATION, a Maryland corporation, SKODA, a.s., SKODA OSTROV, s.r.o., a corporation, AAI CORPORATION, a corporation, and CZECH EXPORT BANK, a corporation,<br><br>    *Defendants*.<br><br>AND RELATED CLAIMS | Civil Action No. C 04 3435 JSW<br><br>**AGREED FINAL JUDGMENT** |

On this day, the above-captioned action came on for consideration. Plaintiffs National Union Fire Insurance Company of Pittsburgh, Pennsylvania ("National Union") and American Home Assurance Company ("American Home"), Defendants Electric Transit Incorporated ("ETI") and AAI Corporation ("AAI"), and Third-Party Defendant American International Group, Inc. ("AIG") each appeared by and through their counsel of record. The parties announced that all matters of fact and issues in controversy have been fully and finally compromised between and among them and are settled, the terms of which are embodied in the Settlement Agreement and Mutual Release. Consistent with the agreement of the parties, the Court enters the following judgment:

    1.    ORDERED, ADJUDGED AND DECREED that judgment is granted against Electric Transit Incorporated in favor of National Union Fire Insurance Company of Pittsburgh, Pennsylvania and American Home Assurance Company and that National Union and American Home have and recover of and from ETI actual damages in the amount of $18,000,000.00. It is further

2. ORDERED, ADJUDGED AND DECREED that National Union, American Home, and AIG have and recover of and from ETI attorneys' fees and expenses in the amount of $6,976,169.76. It is further

3. ORDERED, ADJUDGED AND DECREED that all sums awarded herein shall bear interest in favor of the entity to whom such sums are due at the post-judgment interest rate as provided for by law from the date of judgment until paid.

For all of which let execution issue.

All relief not expressly granted is denied.

SIGNED this __8th__ day of __July__, 2008.

*Jeffrey S. White*
Judge Presiding

AGREED FINAL JUDGMENT

Case No. C 04 3435 JSW

DALLAS 1929854v1

Page 2

AGREED AS TO FORM AND SUBSTANCE:

GARDERE WYNNE SEWELL LLP

BY:  *Scott Davis* with permission by Matthew Schroeder
Scott L. Davis
*Pro Hac Vice*
Texas Bar No. 05547030
**Attorneys for NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, AMERICAN HOME ASSURANCE COMPANY, and AMERICAN INTERNATIONAL GROUP, INC.**


BRADLEY & GMELICH


BY:  _____
Jonathan A. Ross, Esq.
**Attorneys for ELECTRIC TRANSIT INCORPORATED**

**AGREED FINAL JUDGMENT**                                                Case No. C 04 3435 JSW

1  AGREED AS TO FORM AND SUBSTANCE:

2

3  GARDERE WYNNE SEWELL LLP

4
   BY: _____
5       Scott L. Davis
        *Pro Hac Vice*
6       Texas Bar No. 05547030
7  **Attorneys for NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA,**
8  **AMERICAN HOME ASSURANCE COMPANY, and AMERICAN INTERNATIONAL GROUP, INC.**

9

10

11 BRADLEY & GMELICH

12

13 BY: _____
   Jonathan A. Ross, Esq.
14 **Attorneys for ELECTRIC TRANSIT INCORPORATED**

15

...

28 AGREED FINAL JUDGMENT                                          Case No. C 04 3435 JSW