UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>ELECTRIC TRANSIT INCORPORATED, et al.,<br><br>Defendant(s). | No. C04-3435 JSW (BZ)<br><br>**ORDER** |

**IT IS ORDERED** that the San Francisco Municipal Transportation Agency is permitted to deposit into the Court's Registry the $32,378.79 due to Electric Transit Inc.

Dated: December 10, 2010

Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.08\national union fire.sc.wpd

1