UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>ELECTRIC TRANSIT INCORPORATED, et al.,<br><br>    Defendant(s). | No. C04-3435 JSW (BZ)<br><br>**ORDER DISBURSING FUNDS** |

**IT IS HEREBY ORDERED** that San Francisco Municipal Transportation Agency's deposit of $32,378.79, presently being held in the Court's Registry, shall be disbursed to Electric Transit, Inc., as soon as deposit has cleared and the monies are available for disbursement.

Dated: December 13, 2010

Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.2010\National Union Fire.Order Disbursing Funds.wpd

1