GARDERE WYNNE SEWELL LLP
SCOTT L. DAVIS (*Pro Hac Vice*)
MATTHEW J. SCHROEDER (*Pro Hac Vice*)
ERIC L. GIRARD (*Pro Hac Vice*)
1601 Elm Street, Suite 3000
Dallas, Texas  75201
Telephone:  (214) 999-3000
Facsimile:  (214) 999-3511
Email:  sdavis@gardere.com
         mschroeder@gardere.com
         egirard@gardere.com

TOWNSEND AND TOWNSEND AND CREW LLP
ROBERT D. TADLOCK (State Bar No. 238479)
Two Embarcadero Center Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: rdtadlock@townsend.com

Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ELECTRIC TRANSIT INCORPORATED, et al.,,<br><br>    Defendants. | Case No. 04-3435 JSW (BZ)<br><br>**NOTICE OF SERVICE OF NOTICE OF DEPOSIT** |

   Judgment Creditor National Union Fire Insurance of Pittsburgh Pennsylvania ("National Union") files this Notice of Service of Notice of Deposit.  Pursuant to the Court's instructions, on December 14, 2010, National Union served a Notice of Deposit, attached hereto as Exhibit A, on

counsel of record for Judgment Debtor Electronic Transit Incorporated ("ETI").

Also pursuant to the Court's instructions, National Union notifies the Court that ten days have passed since National Union served the Notice of Deposit on ETI and ETI has not petitioned the Court to receive the $32,378.79 deposited by the San Francisco Municipal Transportation Agency. National Union therefore requests that the Court issue an Order disbursing those funds to National Union as Judgment Creditor in the above entitled action. All funds disbursed to National Union should be delivered to Mr. Eric Girard at Gardere Wynne Sewell located at 1601 Elm Street, Suite 3000, Dallas, Texas 75201.

DATED: December 29, 2010  Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: */s/ Robert D. Tadlock*
ROBERT D. TADLOCK
Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PENNSYLVANIA

63071753 v1

**IT IS ORDERED that the Clerk shall disburse the funds to National Union.**

**DATED: February 3, 2011**



NOTICE OF SERVICE OF NOTICE OF DEPOSIT
CASE NO. 04-3435 JSW (BZ)

- 2 -

townsend.